THOMAS F. LEWIS, Respondent, v. THE BROOKLYN CITY CO-OPERATIVE BUILDING AND LOAN ASSOCIATION, Appellant.

*Lewis* v. *Brooklyn City Co-Op. B. & L. Assn.*, 71 App. Div. 621, affirmed. (Argued May 21, 1903; decided June 2, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 23, 1902, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*William D. Niper* and *John C. McGuire* for appellant.

No appearance for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ.

---

FRANCIS J. KENNETT, Appellant, v. GEORGE B. HOPKINS et al., Respondents.

(Submitted May 18, 1903; decided June 2, 1903.)

Motion for reargument denied, with ten dollars costs. (See 174 N. Y. 545.)

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES McLAUGHLIN, Respondent, v. THE BOARD OF POLICE COMMISSIONERS OF THE CITY OF YONKERS et al., Appellants.

(Submitted March 18, 1903; decided June 2, 1903.)

Motion for reargument denied, with ten dollars costs. (See 174 N. Y. 450.)